## CORRIN v. MILLINGTON.

September 29, 1838.

*Rule to show cause of action, and why defendant should not be discharged on common bail.*

1. An affidavit of plaintiff's cause of action, if made more than a year before suit is brought, is insufficient to hold to bail.

2. But if process be taken out immediately after the affidavit is made, and be continued regularly, though the defendant is not arrested until after the expiration of a year, the affidavit will be held sufficient.

THIS was a *capias ad respondendum* to September term, 1838, No. 480. The plaintiff having been ruled to show his cause of action, his counsel produced an affidavit, sworn to in London in 1836, setting forth a debt contracted there in 1828, and that the defendant had been beyond seas, &c.

*Ingraham*, for the rule.
*Haly*, for defendant.

PER CURIAM.—The books of practice are to the point, that an affidavit continues in force for one year only, for the purpose of holding the defendant to bail. *Peters. on Bail* 189, (10 *Law Lib.* 105.) But if process be taken out immediately after the affidavit is made, and the same is continued regularly, though for more than a year before the defendant's arrest, the affidavit will be held sufficient to hold the defendant to bail.

Rule absolute.